**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-1816**

───────────

BARR MICHAEL MARTIN,

Plaintiff - Appellant,

versus

CITY OF DANVILLE, VIRGINIA,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Danville. Norman K. Moon, District Judge. (CA-97-57-D)

───────────

Submitted: July 30, 1998          Decided: August 26, 1998

───────────

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Barr Michael Martin, Appellant Pro Se. Agnis Chandra Chakravorty, WOODS, ROGERS & HAZLEGROVE, Roanoke, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil complaint alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Martin v. City of Danville, VA</u>, No. CA-97-57-D (W.D. Va. May 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>